UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 1:03-CR-291

TOBY T. STUDABAKER,                  HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed November 27, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant Toby T. Studabaker's plea of guilty to Count One of the Indictment is accepted. Defendant Toby T. Studabaker is adjudicated guilty.

3. Defendant Toby T. Studabaker shall be detained pending sentencing.

DATED in Kalamazoo, MI:        /s/ Richard Alan Enslen
      December 20, 2007          RICHARD ALAN ENSLEN
                                        SENIOR UNITED STATES DISTRICT JUDGE